SAND POINT GRAVEL CO., Appellant, v. UNITED STATES EMPLOYEES' COMPENSATION COMMISSION et al., Appellees.

No. 6002.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Dismissed upon motion of appellees for failure of appellant to print record.

Susie A. STEWART, Otherwise Known as Mrs. C. J. Stewart, Appellant, v. Martha Young CASS, Appellee.

No. 5971.

Circuit Court of Appeals, Ninth Circuit.

March 21, 1930.

Louis K. Pratt, of Fairbanks, Alaska, and Herman Weinberger, of San Francisco, Cal., for appellant.

Thomas B. Drayton, of Fairbanks, Alaska, for appellee.

Before DIETRICH and WILBUR, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

No debatable question of law appearing on the record, the judgment of the court below is affirmed.

James STEWART, Plaintiff-Appellee, v. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION, Defendant-Appellant.

No. 293.

Circuit Court of Appeals, Second Circuit.

March 6, 1930.

Charles H. Tuttle, U. S. Atty., of New York City (Frederick H. Cunningham, of New York City, of counsel), for appellant.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment reversed in open court.

Warner Sugar Refining Company, Libelant-Appellee, v. THE Steamship S. V. HARKNESS, Her Engines, etc.; Standard Oil Company (N. J.), Claimant-Appellant.

No. 206.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1930.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (J. Harvey Turnure, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Richard F. Shaw, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.